# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

### JUDGMENT IN A CIVIL CASE

Timothy B. Wilder

                              **CASE NO.:** 4:15-cv-281

        Petitioner,

v.

United States of America

        Respondent.

_____ **JURY VERDICT .** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**✔** **DECISION BY COURT.** This action came before the Court. The matter has been fully submitted and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

Case is dismissed in favor of respondent and against petitioner. Certificate of Appealability will not issue.

Date: 8/31/2015

                              Clerk, U.S. District Court

                              *Susan Crocker*

                              By: Deputy Clerk